```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TOM JAMES COMPANY,                     :
                                       :
                    Plaintiff,         :     19-CV-6393 (VEC)
                                       :
        -against-                      :     ORDER
                                       :
                                       :
  LABEL, LLC,                          :
                                       :
                    Defendant.         :
------------------------------------------------------------X

------------------------------------------------------------X
LABEL, LLC,                            :
                                       :
                                       :
                    Plaintiff,         :     19-CV-11564 (VEC)
                                       :
        -against-                      :     ORDER
                                       :
                                       :
  TOM JAMES COMPANY,                   :
                    Defendant.         :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 17, 2020, the parties appeared for an initial conference in Case No. 19-CV-11564, which is related to an earlier matter involving identical parties, Case No. 19-CV-6393;

    WHEREAS the parties agree that the claims in Case No. 19-CV-11564 should be re-filed as counterclaims in the earlier action; and

    WHEREAS the parties have requested that discovery deadlines be extended to allow for settlement discussions;

    IT IS HEREBY ORDERED that Label, LLC must file any claims it intends to pursue against Tom James Company in these related matters as counterclaims in Case No. 19-CV-6393,

no later than **January 31, 2020**; Case No. 19-CV-11564 will then be terminated. Tom James Company must either answer or move to dismiss the counterclaims by **March 23, 2020**; any reply is due by **April 3, 2020**.

    IT IS FURTHER ORDERED that the deadline for the completion of fact discovery in Case No. 19-CV-6393 is extended through **May 31, 2020**. Expert discovery must be completed by **July 31, 2020**. The status conference currently scheduled for April 3, 2020, is adjourned to **June 5, 2020, at 10:00 A.M.**

    IT IS FURTHER ORDERED that Ms. Boshkoff, who appeared at the conference on behalf of Tom James Company, must promptly file an appearance in both of the pending matters to the extent she has not already done so.

**SO ORDERED.**

**Date: January 17, 2020**
      **New York, New York**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**