```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   TOM JAMES COMPANY,                  :

                             Plaintiff,      :        19-CV-6393 (VEC)

          -against-                   :        <u>ORDER</u>

   LABEL, LLC,                         :

                         Defendant.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS fact discovery closed on May 31, 2020, and a status conference is currently scheduled for June 5, 2020; and

      WHEREAS the parties' status report on settlement efforts is due by June 5, 2020;

      IT IS HEREBY ORDERED that the June 5, 2020, status conference is adjourned pending further order.

**SO ORDERED.**

Date:  June 1, 2020
         New York, New York

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**